AO 102 (01/09)  Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Tracking of <br> *(Identify the person to be tracked or describe the object or property to be used for tracking)* <br> THE VEHICLE SPECIFICALLY DESCRIBED IN THE AFFIDAVIT OF SPECIAL AGENT J. SHANE BRIM DATED FEBRUARY 3, 2023 | Case No.  2:23-cr-195 |

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __21__ U.S.C. § __841 and 846__. Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☑ The person, property, or object is located in this district.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ The activity in this district relates to domestic or international terrorism.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☑ property designed for use, intended for use, or used in committing a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
THE VEHICLE AND PRIVATE PROPERTY SPECIFICALLY DESCRIBED IN THE AFFIDAVIT OF SPECIAL AGENT J. SHANE BRIM DATED FEBRUARY 3, 2023

☑ Delayed notice of __180__ days (give exact ending date if more than 30 days: __08/02/2023__) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

**JOSEPH S BRIM** *Digitally signed by JOSEPH S BRIM*
*Date: 2023.02.03 13:27:04 -05'00'*

*Applicant's signature*

J. SHANE BRIM, HSI SPECIAL AGENT

*Applicant's printed name and title*

Date: __02/03/2023__

*Judge's signature*

City and state:  Charleston, South Carolina

MARY GORDON BAKER, US MAGISTRATE JUDGE
*Printed name and title*